AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| 24 CARROTS, LLC, a California Limited Liability Company,<br><br>*Plaintiff(s)*<br><br>v.<br><br>24 CARAT WEDDINGS AND EVENTS, a business entity, form unknown; DELIA DU PLESSIS, an individual; and DOES 1 through 10, inclusive,<br><br>*Defendant(s)* | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* 24 CARAT WEDDINGS AND EVENTS
3026 Bagley Ave
Los Angeles, CA 90034

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Natu J. Patel (SBN 188618)
THE PATEL LAW FIRM, P.C.
22952 Mill Creek Drive
Laguna Hills, CA 92653
Telephone: 949.955.1077
Facsimile: 949.955.1877

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/25/2015

*Signature of Clerk or Deputy Clerk*